**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andrew Robert HESS, Petitioner**

**No. 365 MAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**